UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOUGLAS FERNANDO DE ARAUJO-ABADIS, | Nos. 05-74321 05-76571 |
| Petitioner, | Agency No. A029-958-226 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

On March 30, 2010, the Board of Immigration Appeals reopened the proceedings in this case, and then administratively closed the case. Therefore, there is no longer a final order of removal.

We withdraw the memorandum disposition filed on December 14, 2009.

We dismiss the petition for review.